USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DULCE MARIA PEREZ DEMARQUEZ,  :
:
                Plaintiff,  :      1:25-cv-4715-GHW
:
      -against-  :
:      <u>ORDER</u>
ALEXANDER DEVIONE, *et al.*,  :
:
              Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated June 10, 2025, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than July 24, 2025. The Court has received a proposed case management plan but has not received a joint status letter. The parties are directed to comply with the Court's June 10, 2025 order forthwith and in any event no later than July 28, 2025.

      SO ORDERED.

Dated: July 25, 2025
New York, New York

                                            GREGORY H. WOODS
                                         United States District Judge