```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DULCE MARIA PEREZ DEMARQUEZ,  :
:
                 Plaintiff,  :
:        1:25-cv-4715-GHW
     -against-  :
:        <u>ORDER</u>
ALEXANDER DEVIONE, *et al.*,  :
:
              Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The Court will hold a teleconference regarding the parties' proposed protective order on November 19, 2025 at 4:30 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

    SO ORDERED.

Dated: November 13, 2025
New York, New York

                                             GREGORY H. WOODS
                                      United States District Judge