**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PEREZ DEMARQUEZ,

                       Plaintiff,                           **ORDER**

          -against-                           **25-CV-4715 (JW)**

DEVIONE, *et al.*,

                      Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 19, 2025, the parties consented to jurisdiction by a United States Magistrate Judge, which was entered by Judge Woods. Dkt. Nos. 24–25. On December 2, 2025, the instant case was reassigned to the undersigned.

To aid in updating the Court on the progress of discovery, the parties are ordered to file a joint status letter, no more than three pages, on the status of discovery (including whether there are any anticipated discovery disputes) by **December 18, 2025**.

SO ORDERED.

DATED:    New York, New York
             December 4, 2025

                                 *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                                United States Magistrate Judge